**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In Re: | Case No. 17-42580 |
| Joseph Bradford Diaz<br>Michelle Adria Diaz | Chapter 13 |
| Debtors. | Judge Roger L. Efremsky |

## NOTICE OF CREDITOR CHANGE OF ADDRESS

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number        4-1
Last 4 Digits of Account Number:   2912

| Current Address for Notices: | **NEW** Address for Notices (Effective Immediately): |
|---|---|
| Home Point Financial Corporation<br>4849 Greenville Avenue, Suite 800<br>Dallas, TX 75206 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 |
| Phone:<br>Email: | Phone:<br>Email: |
| Current Address for Payments: | **NEW** Address for Payments (Effective Immediately): |
| Home Point Financial Corporation<br>PO Box 790309<br>St. Louis, MO 63179 | Home Point Financial Corporation<br>PO Box 790309<br>St. Louis, MO 63179 |
| Phone:<br>Email: | Phone:<br>Email: |

                                               Respectfully Submitted

                                               /s/ D. Anthony Sottile

                                               D. Anthony Sottile
                                               Authorized Agent for Creditor
                                               Sottile & Barile, LLC
                                               394 Wards Corner Road, Suite 180
                                               Loveland, OH 45140
                                               Phone: 513.444.4100
                                               Email: bankruptcy@sottileandbarile.com

# **CERTIFICATE OF SERVICE**

I certify that on April 25, 2018, a copy of the foregoing Notice of Creditor Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Carl Gustafson, Debtors' Counsel
    courtcrg@lincolnlaw.com

    Martha G. Bronitsky, Chapter 13 Trustee
    13trustee@oak13.com

    Office of the United States Trustee
    ustpregion17.oa.ecf@usdoj.gov

I further certify that on April 25, 2018, a copy of the foregoing Notice of Creditor Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Joseph Bradford Diaz, Debtor
    2804 Abbeydale Ct
    Brentwood, CA 94513

    Michelle Adria Diaz, Debtor
    2804 Abbeydale Ct
    Brentwood, CA 94513

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com